RELIABLE PROPERTIES, INC. v. McALLISTER

No. 786P85.

Case below: 77 N.C. App. 783.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 April 1986.

STATE v. ALLISON

No. 206P86.

Case below: 73 N.C. App. 334.

Petition by defendant (Allison) for temporary stay of the judgment of the Court of Appeals denied 7 April 1986.

STATE v. BARRIER

No. 780P85.

Case below: 77 N.C. App. 845.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986.

STATE v. BARRIER

No. 85P86.

Case below: 78 N.C. App. 635.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986.

STATE v. BLAKELY AND SADLER

No. 174P86.

Case below: 78 N.C. App. 635.

Petition by defendant (Sadler) for writ of certiorari to the North Carolina Court of Appeals denied 7 April 1986.